FILED
CLERK, U.S. DISTRICT COURT
NOV - 1 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PETER CASEY CRUZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> PAM AHLIN, et al., ) <br> ) <br> Respondents. ) <br> ) | No. EDCV 11-0658 JST (AJW) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

DATED: 11·01·11

Josephine Staton Tucker
United States District Judge