FILED
CLERK, U.S. DISTRICT COURT

NOV - 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PETER CASEY CRUZ, | ) |
| Petitioner, | ) No. EDCV 11-0658-JST(AJW) |
| vs. | ) |
| PAM AHLIN, et al., | ) JUDGMENT |
| Respondents. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: 11.01.11

Josephine Staton Tucker
United States District Judge